# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL PARISI, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Case No. 10-897 (RJL) |
| | ) |
| LAWRENCE SINCLAIR A/K/A | ) |
| "LARRY SINCLAIR," *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 28th day of February, 2012, hereby

**ORDERED** that defendant Sinclair's Motion to Dismiss [#94] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** as to defendant Sinclair.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge